IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK E. CAMPBELL                                              PLAINTIFF

v.                           Case No. 09-6101

MONTGOMERY COUNTY, ARKANSAS; *et al.*                        DEFENDANTS

## ORDER

Now on this 24th day of February 2010, there comes on for consideration the report and recommendation filed herein on February 1, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Also before the Court are Plaintiff's objections (doc. 11).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Dr. Verser and Saint Joshue's Mercy Medical are DISMISSED on the grounds that Plaintiff fails to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Dr. Verser and Saint Joshue's Mercy Medical are DISMISSED as defendants in this action. By separate order, Magistrate Marschewski directed service on the remaining defendants.

IT IS SO ORDERED.

/s/  Robert  T.  Dawson
Honorable Robert T. Dawson
United States District Judge