IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK E. CAMPBELL                                                         PLAINTIFF

v.                        Case No. 09-6101

SHERIFF WENDELL ADAMS,
Montgomery County, Arkansas; *et al.*                                    DEFENDANTS

## ORDER

Now on this 22nd day of September 2011, there comes on for consideration the report and recommendation filed herein on August 11, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 45). Plaintiff's objections were due by August 29, 2011. On September 2, 2011, the Court received a change of address for Plaintiff and re-mailed a copy of the report and recommendation to him while extending his objection time to September 21, 2011. No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' summary judgment motion (doc. 40) is GRANTED to the extent Plaintiff asserts general harassment and verbal abuse claims. The motion is DENIED to the extent Plaintiff asserts that the harassment was in retaliation for Plaintiff seeking redress of his grievances.

IT IS SO ORDERED.

        /s/ Robert T. Dawson
        Honorable Robert T. Dawson
        United States District Judge